IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| APPLIED THERMOPLASTIC RESOURCES LLC, | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| v. | ) | 4:13-cv-00161-HLM |
| | ) | |
| PENN MILLERS INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Applied Thermoplastic Resources LLC ("ATR"), with the consent of Defendant Penn Millers Insurance Company ("Penn Millers), and pursuant to the Settlement Agreement and Mutual Release reached by the parties, hereby files this Stipulation of Dismissal With Prejudice of ATR' claims in the above-styled action.

This Stipulation of Dismissal with Prejudice is signed by all parties in accordance with Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney fees.  The clerk is authorized to mark this action "Dismissed With Prejudice" as to the claims of ATR.

Respectfully submitted this 7th day of April, 2014.

/s/Kenan G. Loomis
Kenan G. Loomis
Georgia Bar No. 457865
V. Morgan Carroll
Georgia Bar No. 157092
Cozen O' Connor
Suite 2200, SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308
kloomis@cozen.com
vcarroll@cozen.com

Attorneys for Defendant

/s/ James J. Leonard
James J. Leonard
Georgia Bar No. 446655
Kara Cleary
Georgia Bar No. 100058
Jeffrey C. Morgan
Georgia Bar No. 522667
BARNES & THORNBURG LLP
Prominence in Buckhead
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia 30305-2954
(404) 846-1693 Telephone
(404) 264-4033 Facsimile
jim.leonard@btlaw.com
kcleary@btlaw.com
jeff.morgan@btlaw.com

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2014, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically and will be served by electronic notice via the Court's CM/ECF system to the following counsel of record:

Kenan G. Loomis
V. Morgan Carroll
COZEN O'CONNOR
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia 30308

*/s/ James J. Leonard*
James J. Leonard
Georgia Bar No. 446655